B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Graves, Cornelius III** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Graves, Mikki Nichol** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Graves Realty & Associates, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5051** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0015** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10612 S. Wood Street**<br>**Chicago, IL**<br>ZIP Code **60643** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10612 S. Wood Street**<br>**Chicago, IL**<br>ZIP Code **60643** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 438013**<br>**Chicago, IL**<br>ZIP Code **60643** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 438013**<br>**Chicago, IL**<br>ZIP Code **60643** |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Graves, Cornelius III**<br>**Graves, Mikki Nichol** |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  5/28/08<br>Signature of Attorney for Debtor(s)          (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Graves, Cornelius III**<br>**Graves, Mikki Nichol** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Signature_

Signature of Debtor  **Cornelius Graves, III**

X _Signature_

Signature of Joint Debtor **Mikki Nichol Graves**

Telephone Number (If not represented by attorney)

5/28/08

Date

### Signature of Attorney*

X _Signature_

Signature of Attorney for Debtor(s)

**Melvin J. Kaplan, Bennett A. Kahn, Rae Kaplan**

Printed Name of Attorney for Debtor(s)

**Melvin J. Kaplan & Associates P.C.**

Firm Name

**55 E. Jackson Blvd.**
**Suite 650**
**Chicago, IL 60604**

Address

**Email: www.financialrelief.com**
**(312)294-8989  Fax: (312)294-8995**

Telephone Number

5/28/08

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cornelius Graves, III**
**Mikki Nichol Graves**

Case No. _____

Debtor(s)

Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____
                          **Cornelius Graves, III**

Date:  _____5/28/08_____

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cornelius Graves, III**
**Mikki Nichol Graves**
                                                                                        Case No. _____
                                                    Debtor(s)    Chapter    __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                              **Mikki Nichol Graves**

Date: _____5/28/08_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cornelius Graves, III,**                    Case No. _____

         **Mikki Nichol Graves**

                                    Debtors       Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 5,162,000.00 | | |
| B - Personal Property | Yes | 3 | 142,210.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 13 | | 5,358,787.70 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 6,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 164,923.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 11,061.02 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 16,540.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 5,304,210.00 | | |
| | | Total Liabilities | | 5,530,511.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Cornelius Graves, III,**
    **Mikki Nichol Graves**
                            Debtors

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re   **Cornelius Graves, III,**                                                              Case No. _____
        **Mikki Nichol Graves**
                                                                              ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1.) Single Family Home Located at 10612 S. Wood, Chicago, IL 60643 | joint owners | J | 790,000.00 | 786,250.00 |
| 2.) Single Family Home Located at 1307 W. 72nd Street, Chicago, IL 60636 | sole owner | H | 105,000.00 | 104,000.00 |
| 3.) 2 Unit Commercial Bldg. - Property Located at 1129 W. 127th Street, Calumet Park, IL 60827 | sole owner | H | 315,000.00 | 315,000.00 |
| 4.) Single Family Home Located at 27 E. 137th Place, Riverdale, IL 60827 | sole owner | H | 122,000.00 | 122,000.00 |
| 5.) Single Family Home Located at 298 E. 148th Place, Harvey, IL 60426 | sole owner | W | 115,000.00 | 112,200.00 |
| 6.) Single Family Home Located at 57 E. 148th Street, Harvey, IL 60426 | sole owner | W | 75,000.00 | 76,500.00 |
| 7.) Single Family Home Located at 545 E. 149th Street, Harvey, IL 60426 | joint owners | J | 85,000.00 | 85,000.00 |
| 8.) Single Family Home Located at 503 E. 158th Street, South Holland, IL 60473 | sole owner | H | 135,000.00 | 136,000.00 |
| 9.) Single Family Home Located at 14923 Ashland Avenue, Harvey, IL 60426 | sole owner | H | 75,000.00 | 75,000.00 |
| 10.) Single Family Home Located at 331 E. Calumet, Harvey, IL 60426 | sole owner | H | 85,000.00 | 82,300.00 |
| 11.) 2 Flat - Property Located at 7150 S. Damen, Chicago, IL 60636 | joint owners | J | 125,000.00 | 123,000.00 |
| 12.) Single Family Home Located at 13828 Dearborn, Riverdale, IL 60827 | sole owner | H | 130,000.00 | 130,000.00 |

Sub-Total >     **2,157,000.00**     (Total of this page)

__2__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Cornelius Graves, III,**                                    Case No. _____
         **Mikki Nichol Graves**

_____,
                                    Debtors
# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13.) Single Family Home Located at 14604 Des Plaines, Harvey, IL 60426** | **joint owners** | **J** | **120,000.00** | **119,700.00** |
| **14.) 2 Flat - Property Located at 10624 S. Edbrook, Chicago, IL 60628** | **sole owner** | **W** | **165,000.00** | **165,750.00** |
| **15.) 2 Flat - Property Located at 10640 S. Edbrook, Chicago, IL 60628** | **sole owner** | **H** | **149,000.00** | **148,900.00** |
| **16.) Single Family Home Located at 6950 S. Eggleston, Chicago, IL 60621** | **joint owners** | **J** | **77,000.00** | **77,200.00** |
| **17.) Single Family Home Located at 14924 Grant, Dolton, IL 60419** | **sole owner** | **H** | **105,000.00** | **106,400.00** |
| **18.) Single Family Home Located at 14928 Grant, Dolton, IL 60419** | **sole owner** | **H** | **114,000.00** | **114,000.00** |
| **19.) Single Family Home Located at 11912 Harvard, Chicago, IL 60628** | **sole owner** | **H** | **130,000.00** | **132,000.00** |
| **20.) Single Family Home Located at 14819 Irving, Dolton, IL 60419** | **sole owner** | **H** | **82,000.00** | **81,600.00** |
| **21.) Single Family Home Located at 10507 S. Lafayette, Chicago, IL 60628** | **joint owners** | **J** | **106,000.00** | **106,400.00** |
| **22.) Single Family Home Located at 15106 Lexington, Harvey, IL 60426** | **sole owner** | **W** | **80,000.00** | **83,300.00** |
| **23.) Single Family Home Located at 15232 Lexington, Harvey, IL 60426** | **joint owners** | **J** | **90,000.00** | **92,000.00** |
| **24.) Single Family Home Located at 15310 Lexington, Harvey, IL 60426** | **joint owners** | **J** | **95,000.00** | **95,000.00** |
| **25.) Single Family Home Located at 15013 Loomis, Harvey, IL 60426** | **joint owners** | **J** | **110,000.00** | **109,250.00** |
| **26.) Single Family Home Located at 14743 Markham Drive, Harvey, IL 60426** | **joint owners** | **J** | **80,000.00** | **78,850.00** |
| **27.) 2 Flat - Property Located at 1444 W. Marquette, Chicago, IL 60636** | **joint owners** | **J** | **125,000.00** | **125,000.00** |
| | | Sub-Total > | **1,628,000.00** | (Total of this page) |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Cornelius Graves, III,**                                          Case No. _____
         **Mikki Nichol Graves**
                                                                    ,
                              Debtors
# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **28.) Single Family Home Located at 14904 Morgan, Harvey, IL 60426** | **sole owner** | **H** | **112,000.00** | **112,800.00** |
| **29.) Single Family Home Located at 14731 Myrtle, Harvey, IL 60426** | **joint owners** | **J** | **89,000.00** | **88,993.00** |
| **30.) Single Family Home Located at 15618 S. Myrtle, Harvey, IL 60426** | **joint owners** | **J** | **101,000.00** | **101,600.00** |
| **31.) Single Family Home Located at 10118 S. Perry, Chicago, IL 60628** | **sole owner** | **W** | **110,000.00** | **110,500.00** |
| **32.) Single Family Home Located at 13924 S. Saginaw, Burnham, IL 60633** | **sole owner** | **H** | **65,000.00** | **65,600.00** |
| **33.) Single Family Home Located at 14731 Turlington, Harvey, IL 60426** | **joint owners** | **J** | **80,000.00** | **83,250.00** |
| **34.) 2 Flat - Property Located at 6540 S. Vernon, Chicago, IL 60637** | **joint owners** | **J** | **170,000.00** | **172,500.00** |
| **35.) Single Family Home Located at 15836 Vine, Harvey, IL 60426** | **joint owners** | **J** | **75,000.00** | **74,000.00** |
| **36.) Single Family Home Located at 213 Waltham, Calumet City, IL 60409** | **sole owner** | **W** | **100,000.00** | **102,000.00** |
| **37.) Single Family Home Located at 217 Waltham, Calumet City, IL 60409** | **sole owner** | **H** | **105,000.00** | **106,400.00** |
| **38.) Single Family Home Located at 15300 Western, Harvey, IL 60426** | **sole owner** | **H** | **95,000.00** | **97,600.00** |
| **39.) Single Family Home Located at 8148 S. Winchester, Chicago, IL 60620** | **sole owner** | **H** | **100,000.00** | **101,600.00** |
| **40.) 2 Flat - Property Located at 9209 S. Woodlawn, Chicago, IL 60619** | **joint owners** | **J** | **175,000.00** | **171,700.00** |

|  |  |
|---|---|
| Sub-Total > | **1,377,000.00** | (Total of this page) |
| Total > | **5,162,000.00** | |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Cornelius Graves, III,**                                            Case No. _____
         **Mikki Nichol Graves**
_____,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at LaSalle Bank** | J | 500.00 |
|  | | **checking account at Beverly Bank** | J | 210.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposits from tenants** | J | 2,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **miscellaneous household furniture, furnishings, goods & appliances** | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **necessary wearing apparel** | J | 2,000.00 |
| 7.  Furs and jewelry. | | **furs & jewelry** | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **life insurance policy** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 7,710.00 |
| (Total of this page) | |

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cornelius Graves, III,**                                                    Case No. _____
         **Mikki Nichol Graves**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Primerica** | J | 10,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stockholder in Graves Realty & Associates, Inc.** | W | 0.00 |
| | | **100% stockholder in C&M Group, Inc.** | J | 500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                      Sub-Total >          **10,500.00**
                                                   (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cornelius Graves, III,**                         Case No. _____

           **Mikki Nichol Graves**

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford F150 Pickup | J | 3,500.00 |
| | | 2006 Land Range Rover | J | 50,000.00 |
| | | 2007 BMW 750Li | J | 70,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Home Office Computer Equipment | J | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     124,000.00
(Total of this page)

Total >     142,210.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Cornelius Graves, III,**                                          Case No. _____
          **Mikki Nichol Graves**
                                                                    ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1.) Single Family Home Located at 10612 S. Wood, Chicago, IL 60643** | **735 ILCS 5/12-901** | **30,000.00** | **790,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **checking account at LaSalle Bank** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **checking account at Beverly Bank** | **735 ILCS 5/12-1001(b)** | **210.00** | **210.00** |
| **Household Goods and Furnishings** | | | |
| **miscellaneous household furniture, furnishings, goods & appliances** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **2,000.00** | **2,000.00** |
| **Furs and Jewelry** | | | |
| **furs & jewelry** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Interests in Insurance Policies** | | | |
| **life insurance policy** | **215 ILCS 5/238** | **100%** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA with Primerica** | **735 ILCS 5/12-704** | **10,000.00** | **10,000.00** |
| **Stock and Interests in Businesses** | | | |
| **100% stockholder in Graves Realty & Associates, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **100% stockholder in C&M Group, Inc.** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Ford F150 Pickup** | **735 ILCS 5/12-1001(c)** | **3,500.00** | **3,500.00** |

Total:   **49,710.00**   **809,710.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

EXEMPTION SCHEDULE

Each Debtor exempts from the property of the estate pursuant to the State Exemption, Illinois Compiled Statutes, Chapter 735, the following property, although it should be noted that each debtor may not have property, or equity in property, sufficient to exhaust the following allowable State Exemptions:

| | | | |
|---|---|---|---|
| a. | Residence or homestead of individual, includes farm lot & buildings, condominiums, personal property or cooperative. Can be owned or leased. | $15,000 (includes proceeds of Sale for 1 yr: 5/12-906) | *735 ILCS 5/12-901 |
| b. | Necessary wearing apparel, Bible, school book family pictures and prescribed health aids of debtor & dependents | 100% | 735 ILCS 5/12-1001 (a), (e) |
| c. | Any personal property of debtor | $4,000 | 735 ILCS 5/12-1001(b) |
| d. | One motor vehicle | $2,400 | 735 ILCS 5/12-1001(c) |
| e. | Implements, books, and tools of trade | $1,500 | 735 ILCS 5/12-1001(d) |
| f. | Proceeds and cash value of life insurance policies and annuity contracts payable to dependents of insured. | 100% | 735 ILCS 5/12-1001(f) |
| g. | Social Security benefits, unemployment compensation benefits, public assistance benefits, Veteran's benefits and disability and illness benefits. | 100% | 735 ILCS 5/12-1001(g) (1), (2) (3) |
| h. | Alimony, support or separate maintenance | Amount reasonably necessary to support debtor and dependents | 735 ILCS 5/12-1001(g)(4) |
| i. | Pension and retirement benefits | 100% | 735 ILCS 5/12-1006(a)-(d) |
| j. | Crime victim's reparation law awards | 100% | 735 ILCS 5/12-1001(h)(1) |
| k. | Wrongful death payments resulting from death of person of whom debtor was dependent | Amount reasonably necessary to support debtor and dependents | 735 ILCS 5/12-1001(h)(2) |
| l. | Life insurance payments from policy insuring person of whom debtor was a dependent | Amount reasonably necessary to support debtor and dependents | 735 ILCS 5/12-1001(h)(3) |
| m. | Payments on account of bodily injury of debtor or person of whom debtor was a dependent | $15,000 | 735 ILCS 5/12-1001(h)(4) |

NOTE: Proceeds from sale of exempt personal property are also exempt. Non-exempt property converted into exempt property in fraud of creditors is not exempt. Property acquired within 6 months of the filing of bankruptcy is presumed to have been acquired in contemplation of bankruptcy. The exemptions in 735 ILCS 5/12-1001(h) extend for 2 years after the debtor's right to receive the payments accrues and, as to property traceable therefrom, for 5 years after accrual. See 735 ILCS 5/12-1001.

| | | | |
|---|---|---|---|
| n. | Specific partnership property | 100% of partner's interest | 805 ILCS 205/25 |
| o. | Gross earnings or disposable earnings (disposable earnings are gross earnings less deductions required by law) | 85% of gross earnings or disposable earnings equal to 40 times the federal minimum hourly wage per week, WHICHEVER IS GREATER | 735 ILCS 5/12-803 |
| p. | Proceeds & cash value of life or endowment insurance policy or annuity contract payable to insured spouse or dependent | 100% (applies against creditors of insured) | 215 ILCS 5/238 |
| q. | Fraternal Benefit Society benefits | 100% | 215 ILCS 5/299.19 |
| r. | Workmen's Compensation benefits | 100% | 820 ILCS 305/21 |
| s. | Unemployment compensation benefits | 100% (support claims excepted) | 820 ILCS 405/1300 |
| t. | Public Welfare benefits | 100% | 305 ILCS 5/11-3 |
| u. | Property held in trust for debtor | 100% | 735 ILCS 5/2-1403 |
| v. | Wage garnishment | 100% | 735 ILCS 5/12-803 735 ILCS 5/12-1001(b) 735 ILCS 5/12-704 |
| w. | Income earned or funds in possession of Chapter 13 trustee, in event of conversion from Chapter 13 or dismissal of existing Chapter 13 | 100% | 735 ILCS 5/12/803 |
| x. | Tax refund | 100% | 735 ILCS 5/12-1001(b) |
| y. | Residence held in tenancy by entireties | 100% | 735 ILCS 5/12-1112 |

B6D (Official Form 6D) (12/07)

In re **Cornelius Graves, III,**
**Mikki Nichol Graves**
_____
Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1218113733** <br><br> **America's Servicing Co.** <br> **P.O. Box 1820** <br> **Newark, NJ 07101-1820** | | J | **2004** <br><br> **First Mortgage** <br><br> **33.) Single Family Home Located at 14731 Turlington, Harvey, IL 60426** | | | | | |
| | | | Value $            **80,000.00** | | | | **60,125.00** | **0.00** |
| Account No. <br><br> **Representing:** <br> **America's Servicing Co.** | | | **Codilis & Associates** <br> **15W030 N. Frontage Rd., Ste. 100** <br> **Burr Ridge, IL 60527** | | | | | |
| | | | Value $ | | | | | |
| Account No. **4000867658** <br><br> **BMW Financial Services** <br> **P.O. Box 3608** <br> **Dublin, OH 43016-9815** | | J | **Lease** <br><br> **2007 BMW 750Li** | | | | | |
| | | | Value $            **70,000.00** | | | | **70,000.00** | **0.00** |
| Account No. **10535614393802** <br><br> **Chase Auto Finance** <br> **P.O. Box 9001083** <br> **Louisville, KY 40290-1083** | | H | **2006 Land Range Rover** | | | | | |
| | | | Value $            **50,000.00** | | | | **70,000.00** | **20,000.00** |

__12__   continuation sheets attached

Subtotal
(Total of this page)

| **200,125.00** | **20,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Cornelius Graves, III,**
    **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **19840065** | | | | | 2003 | | | | | |
| Chase Home Finance P.O. Box 78116 Phoenix, AZ 85062-8116 | | J | | | first mortgage 29.) Single Family Home Located at 14731 Myrtle, Harvey, IL 60426 | | | | | |
| | | | | | Value $ 89,000.00 | | | | 88,993.00 | 0.00 |
| Account No. | | | | | Codilis & Associates 15W030 N. Frontage Rd., Ste. 100 Burr Ridge, IL 60527 | | | | | |
| Representing: Chase Home Finance | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. **24149007** | | | | | 2005 | | | | | |
| Chase Home Finance P.O. Box 78116 Phoenix, AZ 85062-8116 | | J | | | first mortgage 40.) 2 Flat - Property Located at 9209 S. Woodlawn, Chicago, IL 60619 | | | | | |
| | | | | | Value $ 175,000.00 | | | | 171,700.00 | 0.00 |
| Account No. | | | | | Codilis & Associates 15W030 N. Frontage Rd., Ste. 100 Burr Ridge, IL 60527 | | | | | |
| Representing: Chase Home Finance | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. **120157929** | | | | | 2004 | | | | | |
| Countrywide Home Loan P.O. Box 650070 Dallas, TX 75265-0070 | | J | | | first mortgage 7.) Single Family Home Located at 545 E. 149th Street, Harvey, IL 60426 | | | | | |
| | | | | | Value $ 85,000.00 | | | | 85,000.00 | 0.00 |

Sheet  **1**  of  **12**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 345,693.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**
**Mikki Nichol Graves**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **120157961**<br><br>**Countrywide Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0770** | | J | **2002**<br><br>**first mortgage**<br><br>**11.) 2 Flat - Property Located at 7150 S. Damen, Chicago, IL 60636** | | | | | |
| | | | Value $                     **125,000.00** | | | | **123,000.00** | **0.00** |
| Account No.<br><br>**Representing:**<br>**Countrywide Home Loans** | | | **Pierce & Assoc.**<br>**One N. Dearborn**<br>**Ste. 1300**<br>**Chicago, IL 60602** | | | | | |
| | | | Value $ | | | | | |
| Account No. **120157993**<br><br>**Countrywide Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0070** | | J | **2000**<br><br>**first mortgage**<br><br>**16.) Single Family Home Located at 6950 S. Eggleston, Chicago, IL 60621** | | | | | |
| | | | Value $                       **77,000.00** | | | | **77,200.00** | **200.00** |
| Account No. **121833914**<br><br>**Countrywide Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0070** | | J | **2000**<br><br>**first mortgage**<br><br>**21.) Single Family Home Located at 10507 S. Lafayette, Chicago, IL 60628** | | | | | |
| | | | Value $                     **106,000.00** | | | | **106,400.00** | **400.00** |
| Account No.<br><br>**Representing:**<br>**Countrywide Home Loans** | | | **Fisher & Shapiro, LLC**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062** | | | | | |
| | | | Value $ | | | | | |

Sheet   **2**   of  **12**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **306,600.00** | **600.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Cornelius Graves, III,**          Case No. _____
      **Mikki Nichol Graves**

_____,
                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **121935530**<br><br>**Countrywide Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265-0070** | | J | 2004<br><br>first mortgage<br><br>23.) Single Family Home Located at 15232 Lexington, Harvey, IL 60426<br><br>Value $ 90,000.00 | | | | 92,000.00 | 2,000.00 |
| Account No.<br><br>**Representing:**<br>**Countrywide Home Loans** | | | Fisher & Shapiro, LLC<br>4201 Lake Cook Road<br>Northbrook, IL 60062<br><br>Value $ | | | | | |
| Account No. **121935514**<br><br>**Countrywide Home Loans**<br>**P.O. Box 650070**<br>**Dallas, TX 75265** | | J | 2002<br><br>first mortgage<br><br>30.) Single Family Home Located at 15618 S. Myrtle, Harvey, IL 60426<br><br>Value $ 101,000.00 | | | | 101,600.00 | 600.00 |
| Account No. **121833906**<br><br>**Countrywide/Bank of New York**<br>**c/o Fisher & Shapiro**<br>**4201 Lake Cook Rd.**<br>**Northbrook, IL 60062-1060** | | J | 2001<br><br>first mortgage<br><br>34.) 2 Flat - Property Located at 6540 S. Vernon, Chicago, IL 60637<br><br>Value $ 170,000.00 | | | | 172,500.00 | 2,500.00 |
| Account No. **003-6174457-004**<br><br>**Dell Financial Services**<br>**P.O. Box 81585**<br>**Austin, TX 78708-1585** | | J | Lease<br><br>Home Office Computer Equipment<br><br>Value $ 500.00 | | | | 13,228.52 | 12,728.52 |

Sheet __3__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     379,328.52     17,828.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re     **Cornelius Graves, III,**                                                            Case No. _____
          **Mikki Nichol Graves**

_____ ,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **032-7435603-003** | | | | | Lease | | | | | |
| **Dell Financial Services** **P.O. Box 81585** **Austin, TX 78708-1585** | | | | J | **Home Office Computer Equipment** | | | | | |
| | | | | | Value $                    **500.00** | | | | **1,005.13** | **1,005.13** |
| Account No. **541628** | | | | | **1996** | | | | | |
| **Deutsche Bank Trust** **c/o Freedman, Anselmo, et al** **1807 W. Diehl Rd., Ste. 333** **Naperville, IL 60563-8661** | | | | J | **First Mortgage** **1.) Single Family Home Located at 10612 S. Wood, Chicago, IL 60643** | | | | | |
| | | | | | Value $              **790,000.00** | | | | **715,000.00** | **0.00** |
| Account No. **12689378** | | | | | **2004** | | | | | |
| **EMC Mortgage Corp.** **Customer Service Dept.** **P.O. Box 141358** **Irving, TX 75014-1358** | | | | J | **Second Mortgage** **33.) Single Family Home Located at 14731 Turlington, Harvey, IL 60426** | | | | | |
| | | | | | Value $                **80,000.00** | | | | **23,125.00** | **3,250.00** |
| Account No. **6034-590-700-587261** | | | | | appliances | | | | | |
| **GE Money Bank** **Attn: Bankruptcy Dept.** **P.O. Box 103104** **Roswell, GA 30076** | | | | J | appliances | | | | | |
| | | | | | Value $                **30,000.00** | | | | **33,411.05** | **3,411.05** |
| Account No. | | | | | **Arrow Financial Services** **c/o Alliance One** **4850 Street Rd., Ste. 300** **Feasterville Trevose, PA 19053** | | | | | |
| Representing: **GE Money Bank** | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __**4**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**772,541.18**        **7,666.18**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**
       **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> **Representing:** <br> **GE Money Bank** | | | | | **GE Money Bank** <br> **c/o Arrow Financial Services** <br> **21031 Network Place** <br> **Chicago, IL 60678-1031** <br><br> Value $ | | | | | |
| Account No. 3001621535 <br><br> **Indy Mac** <br> **c/o Law Offices of Ira Nevel** <br> **175 N. Franklin, Ste. 201** <br> **Chicago, IL 60606** | | | | J | **2005** <br><br> **First Mortgage** <br><br> **13.) Single Family Home Located at 14604 Des Plaines, Harvey, IL 60426** <br><br> Value $            120,000.00 | | | | 81,900.00 | 0.00 |
| Account No. 3001619315 <br><br> **Indy Mac** <br> **c/o Law Offices of Ira Nevel** <br> **175 N. Franklin, Ste. 201** <br> **Chicago, IL 60606** | | | | J | **2004** <br><br> **First Mortgage** <br><br> **24.) Single Family Home Located at 15310 Lexington, Harvey, IL 60426** <br><br> Value $             95,000.00 | | | | 65,000.00 | 0.00 |
| Account No. 3001675549 <br><br> **Indymac Bank** <br> **P.O. Box 78826** <br> **Phoenix, AZ 85062-8826** | | | | J | **2005** <br><br> **Second Mortgage** <br><br> **13.) Single Family Home Located at 14604 Des Plaines, Harvey, IL 60426** <br><br> Value $            120,000.00 | | | | 37,800.00 | 0.00 |
| Account No. 3001671860 <br><br> **Indymac Bank Home Loan Serv.** <br> **P.O. Box 78826** <br> **Phoenix, AZ 85062-8826** | | | | J | **2004** <br><br> **Second Mortgage** <br><br> **24.) Single Family Home Located at 15310 Lexington, Harvey, IL 60426** <br><br> Value $             95,000.00 | | | | 30,000.00 | 0.00 |

Sheet __5__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 214,700.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**
       **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3001619299** | | | 2004 | | | | | |
| Indymac Bank Home Loan Serv. P.O. Box 78826 Phoenix, AZ 85062-8826 | | J | First Mortgage 25.) Single Family Home Located at 15013 Loomis, Harvey, IL 60426 | | | | | |
| | | | Value $          110,000.00 | | | | 74,750.00 | 0.00 |
| Account No. | | | Codilis & Associates 15W030 N. Frontage Rd., Ste. 100 Burr Ridge, IL 60527 | | | | | |
| Representing: Indymac Bank Home Loan Serv. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. **3001671837** | | | 2004 | | | | | |
| Indymac Bank Home Loan Serv. P.O. Box 78826 Phoenix, AZ 85062-8826 | | J | Second Mortgage 25.) Single Family Home Located at 15013 Loomis, Harvey, IL 60426 | | | | | |
| | | | Value $          110,000.00 | | | | 34,500.00 | 0.00 |
| Account No. **3001619307** | | | 2004 | | | | | |
| Indymac Bank Home Loan Serv. c/o Codilis & Assoc. 15W030 N. Frontage, Ste. 100 Willowbrook, IL 60527 | | J | First Mortgage 26.) Single Family Home Located at 14743 Markham Drive, Harvey, IL 60426 | | | | | |
| | | | Value $          80,000.00 | | | | 53,950.00 | 0.00 |
| Account No. **3001671845** | | | 2004 | | | | | |
| Indymac Bank Home Loan Serv. P.O. Box 78826 Phoenix, AZ 85062-8826 | | J | Second Mortgage 26.) Single Family Home Located at 14743 Markham Drive, Harvey, IL 60426 | | | | | |
| | | | Value $          80,000.00 | | | | 24,900.00 | 0.00 |

Sheet  6  of  12  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 188,100.00 | 0.00 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**
    **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **2000318590** | | | | | 2006 | | | | | |
| Ocwen/Saxon P.O. Box 96115 Fort Worth, TX 76161-0105 | | | W | | first mortgage 36.) Single Family Home Located at 213 Waltham, Calumet City, IL 60409 | | | | | |
| | | | | | Value $ 100,000.00 | | | | 102,000.00 | 2,000.00 |
| Account No. **2000318589** | | | | | 2006 | | | | | |
| Ocwen/Saxon Mortgage P.O. Box 96115 Fort Worth, TX 76161-0105 | | | W | | first mortgage 31.) Single Family Home Located at 10118 S. Perry, Chicago, IL 60628 | | | | | |
| | | | | | Value $ 110,000.00 | | | | 110,500.00 | 500.00 |
| Account No. **2000318588** | | | | | 2005 | | | | | |
| Ocwen/Saxon Mortgage P.O. Box 96115 Fort Worth, TX 76161-0105 | | | W | | first mortgage 5.) Single Family Home Located at 298 E. 148th Place, Harvey, IL 60426 | | | | | |
| | | | | | Value $ 115,000.00 | | | | 112,200.00 | 0.00 |
| Account No. **2000246271** | | | | | 2005 | | | | | |
| Saxon Mortgage P.O. Box 96115 Fort Worth, TX 76161-0105 | | | W | | first mortgage 14.) 2 Flat - Property Located at 10624 S. Edbrook, Chicago, IL 60628 | | | | | |
| | | | | | Value $ 165,000.00 | | | | 165,750.00 | 750.00 |
| Account No. **2000246269** | | | | | 2004 | | | | | |
| Saxon Mortgage P.O. Box 96115 Fort Worth, TX 76161-0105 | | | W | | first mortgage 22.) Single Family Home Located at 15106 Lexington, Harvey, IL 60426 | | | | | |
| | | | | | Value $ 80,000.00 | | | | 83,300.00 | 3,300.00 |

Sheet **7** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 573,750.00 | 6,550.00 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**
**Mikki Nichol Graves**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2000246270** <br><br> **Saxon Mortgage** <br> **P.O. Box 96115** <br> **Fort Worth, TX 76161-0106** | | W | **2005** <br><br> **first mortgage** <br><br> **6.) Single Family Home Located at 57 E. 148th Street, Harvey, IL 60426** <br><br> Value $      **75,000.00** | | | | **76,500.00** | **1,500.00** |
| Account No. **410304** <br><br> **Shore Bank** <br> **3401 S. King Drive** <br> **Chicago, IL 60616** | | J | **Second Mortgage** <br><br> **1.) Single Family Home Located at 10612 S. Wood, Chicago, IL 60643** <br><br> Value $      **790,000.00** | | | | **71,250.00** | **0.00** |
| Account No. **542745** <br><br> **Shore Bank** <br> **c/o Patience R. Clark** <br> **100 N. LaSalle, Ste. 1710** <br> **Chicago, IL 60602** | | H | **2007** <br><br> **first mortgage** <br><br> **9.) Single Family Home Located at 14923 Ashland Avenue, Harvey, IL 60426** <br><br> Value $      **75,000.00** | | | | **75,000.00** | **0.00** |
| Account No. <br><br> **Representing:** <br> **Shore Bank** | | | **Howard Brookins** <br> **100 N. LaSalle** <br> **Ste. 1710** <br> **Chicago, IL 60602** <br><br> Value $ | | | | | |
| Account No. **542565** <br><br> **Shore Bank** <br> **3401 S. King Drive** <br> **Chicago, IL 60616** | | H | **2006** <br><br> **first mortgage** <br><br> **10.) Single Family Home Located at 331 E. Calumet, Harvey, IL 60426** <br><br> Value $      **85,000.00** | | | | **82,300.00** | **0.00** |

Sheet **8** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **305,050.00** | **1,500.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**
       **Mikki Nichol Graves**

Case No. _____

,

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shore Bank**<br>**c/o Patience R. Clark**<br>**100 N. LaSalle, Ste. 1710**<br>**Chicago, IL 60602** | | H | **first mortgage**<br><br>**12.) Single Family Home Located at 13828 Dearborn, Riverdale, IL 60827**<br><br>Value $          130,000.00 | | | | 130,000.00 | 0.00 |
| Account No. **542623**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | **2005**<br><br>**first mortgage**<br><br>**15.) 2 Flat - Property Located at 10640 S. Edbrook, Chicago, IL 60628**<br><br>Value $          149,000.00 | | | | 148,900.00 | 0.00 |
| Account No. **542728**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | **2007**<br><br>**first mortgage**<br><br>**17.) Single Family Home Located at 14924 Grant, Dolton, IL 60419**<br><br>Value $          105,000.00 | | | | 106,400.00 | 1,400.00 |
| Account No. **542716**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | **2007**<br><br>**first mortgage**<br><br>**18.) Single Family Home Located at 14928 Grant, Dolton, IL 60419**<br><br>Value $          114,000.00 | | | | 114,000.00 | 0.00 |
| Account No. **542776**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | **2007**<br><br>**first mortgage**<br><br>**19.) Single Family Home Located at 11912 Harvard, Chicago, IL 60628**<br><br>Value $          130,000.00 | | | | 132,000.00 | 2,000.00 |

Sheet __9__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 631,300.00 | 3,400.00 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Cornelius Graves, III,**
    **Mikki Nichol Graves**

Case No. _____

_____,

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **541846** <br><br> **Shore Bank** <br> **3401 S. King Drive** <br> **Chicago, IL 60616** | | H | **2005** <br><br> **first mortgage** <br><br> **20.) Single Family Home Located at 14819 Irving, Dolton, IL 60419** | | | | | |
| | | | Value $     **82,000.00** | | | | **81,600.00** | **0.00** |
| Account No. **542333** <br><br> **Shore Bank** <br> **3401 S. King Drive** <br> **Chicago, IL 60616** | | J | **2002** <br><br> **Mortgage** <br><br> **27.) 2 Flat - Property Located at 1444 W. Marquette, Chicago, IL 60636** | | | | | |
| | | | Value $     **125,000.00** | | | | **125,000.00** | **0.00** |
| Account No. **542541** <br><br> **Shore Bank** <br> **3401 S. King Drive** <br> **Chicago, IL 60616** | | H | **2006** <br><br> **first mortgage** <br><br> **28.) Single Family Home Located at 14904 Morgan, Harvey, IL 60426** | | | | | |
| | | | Value $     **112,000.00** | | | | **112,800.00** | **800.00** |
| Account No. **541701** <br><br> **Shore Bank** <br> **3401 S. King Drive** <br> **Chicago, IL 60616** | | W | **2005** <br><br> **Mortgage** <br><br> **32.) Single Family Home Located at 13924 S. Saginaw, Burnham, IL 60633** | | | | | |
| | | | Value $     **65,000.00** | | | | **65,600.00** | **600.00** |
| Account No. **541885** <br><br> **Shore Bank** <br> **c/o Patience R. Clark** <br> **100 N. LaSalle, Ste. 1710** <br> **Chicago, IL 60602** | | J | **2005** <br><br> **first mortgage** <br><br> **35.) Single Family Home Located at 15836 Vine, Harvey, IL 60426** | | | | | |
| | | | Value $     **75,000.00** | | | | **74,000.00** | **0.00** |

Sheet **10** of **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**459,000.00**

**1,400.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cornelius Graves, III,**  Case No. _____
        **Mikki Nichol Graves**

_____,
                                                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No.<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | | | **2007**<br><br>**Mortgage**<br><br>**37.) Single Family Home Located at 217 Waltham, Calumet City, IL 60409** | | | | | |
| | | | | | Value $ 105,000.00 | | | | **106,400.00** | **1,400.00** |
| Account No. **542705**<br><br>**Shore Bank**<br>**c/o Patience R. Clark**<br>**100 N. LaSalle, Ste. 1710**<br>**Chicago, IL 60602** | | H | | | **2007**<br><br>**Mortgage**<br><br>**38.) Single Family Home Located at 15300 Western, Harvey, IL 60426** | | | | | |
| | | | | | Value $ 95,000.00 | | | | **97,600.00** | **2,600.00** |
| Account No.<br><br>**Representing:**<br>**Shore Bank** | | | | | **Howard Brookins**<br>**100 N. LaSalle**<br>**Ste. 1710**<br>**Chicago, IL 60602** | | | | | |
| | | | | | Value $ | | | | | |
| Account No. **542702**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | | | **2007**<br><br>**39.) Single Family Home Located at 8148 S. Winchester, Chicago, IL 60620** | | | | | |
| | | | | | Value $ 100,000.00 | | | | **101,600.00** | **1,600.00** |
| Account No. **542378**<br><br>**Shore Bank**<br>**c/o Patience R. Clark**<br>**100 N. LaSalle, Ste. 1710**<br>**Chicago, IL 60602** | | H | | | **2005**<br><br>**first mortgage**<br><br>**2.) Single Family Home Located at 1307 W. 72nd Street, Chicago, IL 60636** | | | | | |
| | | | | | Value $ 105,000.00 | | | | **104,000.00** | **0.00** |

Sheet __11__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **409,600.00** | **5,600.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Cornelius Graves, III,**
       **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **65581**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | J | **2007**<br><br>**Mortgage**<br><br>**3.) 2 Unit Commercial Bldg. - Property Located at 1129 W. 127th Street, Calumet Park, IL 60827** | | | | | |
| | | | Value $          **315,000.00** | | | | **315,000.00** | **0.00** |
| Account No. **542064**<br><br>**Shore Bank**<br>**3401 S. King Drive**<br>**Chicago, IL 60616** | | H | **2006**<br><br>**first mortgage**<br><br>**4.) Single Family Home Located at 27 E. 137th Place, Riverdale, IL 60827** | | | | | |
| | | | Value $          **122,000.00** | | | | **122,000.00** | **0.00** |
| Account No. **542775**<br><br>**Shore Bank**<br>**3401 King Dr.**<br>**Chicago, IL 60649** | | H | **2008**<br><br>**first mortgage**<br><br>**8.) Single Family Home Located at 503 E. 158th Street, South Holland, IL 60473** | | | | | |
| | | | Value $          **135,000.00** | | | | **136,000.00** | **1,000.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**12**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **573,000.00** | **1,000.00** |
| Total<br>(Report on Summary of Schedules) | **5,358,787.70** | **65,544.70** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Cornelius Graves, III,**
**Mikki Nichol Graves**                                                      Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Cornelius Graves, III,**
**Mikki Nichol Graves**
Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **29-08-412-006-0000** <br><br> **Cook County Treasurer's Office** <br> **Attn: Legal Dept.** <br> **118 N. Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | | **2007** <br><br> **Property Taxes** | | | | <br><br>**2,200.00** | **0.00** <br><br> **2,200.00** |
| Account No. **25-09-421-027-0000** <br><br> **Cook County Treasurer's Office** <br> **Attn: Legal Dept.** <br> **118 N. Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | | **2007** <br><br> **Property Taxes** | | | | <br><br>**1,700.00** | **0.00** <br><br> **1,700.00** |
| Account No. **30-17-311-010-0000** <br><br> **Cook County Treasurer's Office** <br> **Attn: Legal Dept.** <br> **118 N. Clark Street, Room 112** <br> **Chicago, IL 60602** | | J | | **2007** <br><br> **Property Taxes** | | | | <br><br>**2,900.00** | **0.00** <br><br> **2,900.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **6,800.00** | **0.00** <br> **6,800.00** |
| | Total (Report on Summary of Schedules) | **6,800.00** | **0.00** <br> **6,800.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Cornelius Graves, III,**                   Case No. _____

         **Mikki Nichol Graves**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Abigail Bullock & Michael Washingto 10507 S. Lafayette Chicago, IL 60628** | | J | | | | | 2,200.00 |
| Account No. **variuos accounts & proper (10)** <br><br> **ADT Security Services, Inc. P.O. Box 96175 Las Vegas, NV 89193** | | J | **House Alarms #: U980370797, U681406673, U681517398, U681518258, U681531393, U681518361, U681517514, X1U681512881, U681520601, U980371491 & U681421234** | | | | 2,018.74 |
| Account No. <br><br> **Aubrey & Lillie Jones Landingham 15106 Lexington Harvey, IL 60426** | | J | | | | | 1,800.00 |
| Account No. <br><br> **Barbara Comer 14819 Irving Dolton, IL 60419** | | J | | | | | 1,800.00 |

   __15__   continuation sheets attached

               Subtotal      **7,818.74**

           (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              S/N:28803-080317    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**
**Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Blanchie Cox** <br> **57 E. 148th Street** <br> **Harvey, IL 60426** | | J | | | | | 1,800.00 |
| Account No. <br><br> **Calvin Willory & Jestina Graham** <br> **1444 W. Marquette** <br> **Chicago, IL 60636** | | J | | | | | 1,200.00 |
| Account No. **4115-0725-9794-1619** <br><br> **Capital One Bank** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | J | | | | | 9,808.13 |
| Account No. **4791-2425-9794-2237** <br><br> **Capital One Bank** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130-0285** | | J | | | | | 9,405.74 |
| Account No. <br><br> **Cheryl Lucas** <br> **7343 S. Ridgeland Avenue, Apt. 2B** <br> **Chicago, IL 60649** | | J | 07-M1-174911 | | | | 5,500.00 |

Sheet no. **1** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 27,713.87 |
|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cornelius Graves, III,**                                             Case No. _____
         **Mikki Nichol Graves**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cheryl Lucas** <br> **7343 S. Ridgeland, Apt. 2B** <br> **Chicago, IL 60649** | | J | | | | | **2,400.00** |
| Account No. <br><br> **City of Chicago** <br> **Dept. of Buildings** <br> **121 N. LaSalle** <br> **Chicago, IL 60602** | | J | **Threat of Demolition - 10640 S. Edbrooke** | | | | **Unknown** |
| Account No. <br><br> **Representing:** <br> **City of Chicago** | | | **City of Chicago Dept. of Building** <br> **120 N. Racine Avenue** <br> **Chicago, IL 60607** | | | | |
| Account No. **507SO134516** <br><br> **City of Chicago Dept. of Building** <br> **120 N. Racine Avenue** <br> **Chicago, IL 60607** | | J | **Violations - 7150 S. Damen** | | | | **Unknown** |
| Account No. <br><br> **City of Chicago Dept. of Building** <br> **120 N. Racine Avenue** <br> **Chicago, IL 60607** | | J | **Violations - 6540 S. Vernon** | | | | **Unknown** |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**                                    Case No. _____
     **Mikki Nichol Graves**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **City of Chicago Dept. of Water 333 S. State, Suite L10 Chicago, IL 60604** | | J | **Water Bills - Account #'s: 785636-224349, 601818-103402, 218271-218271, 803737-575794, 127586-127586, 2 more accounts.** | | | | **800.00** |
| Account No. **Claire & Hilda McNeal 7150 S. Damen Chicago, IL 60636** | | J | | | | | **1,600.00** |
| Account No. **Denise Smith 6950 S. Eggleston Chicago, IL 60621** | | J | | | | | **1,988.00** |
| Account No. **Derrick & Latasha Saalik 1307 W. 72nd Street Chicago, IL 60636** | | J | | | | | **2,400.00** |
| Account No. **Dominique Jones 6540 S. Vernon Chicago, IL 60637** | | J | | | | | **1,200.00** |

Sheet no. __3__ of __15__ sheets attached to Schedule of                          Subtotal                  **7,988.00**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**
  **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Edward Watkins** **1129 W. 127th Street** **Calumet Park, IL 60827** | | J | | | | | | **2,243.00** |
| **Account No.** | | | | | | | | |
| **Fatima Hope Taylor** **8148 S. Winchester** **Chicago, IL 60620** | | J | | | | | | **2,600.00** |
| **Account No.** | | | | | | | | |
| **George Johnson** **15618 S. Myrtle** **Harvey, IL 60426** | | J | | | | | | **1,200.00** |
| **Account No.** | | | | **2005** **Tax Prepare** | | | | |
| **H. Turner & Company** **1043 E. 95th St.** **Chicago, IL 60619** | | J | | | | | | **2,500.00** |
| **Account No.** | | | | | | | | |
| **Homelink Corp.** **2500 W. Higgins Rd.** **Ste. 630** **Hoffman Estates, IL 60169** | | J | | | | | | **2,700.00** |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,243.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**
   **Mikki Nichol Graves**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jerry & Irvina Harvey**<br>**14743 Markham Drive**<br>**Harvey, IL 60426** | | J | | | | | 1,400.00 |
| Account No.<br><br>**JSR Heating & Cooling D/B/A Aire Se**<br>**16150 S. Cicero, #11**<br>**60452**<br>**Oak Forest, IL 60452** | | J | | | | | Unknown |
| Account No.<br><br>**LaDonna Thomas**<br>**15232 Lexington**<br>**Harvey, IL 60426** | | J | | | | | 1,200.00 |
| Account No.<br><br>**Lamond Richardson**<br>**503 E. 158th Street**<br>**South Holland, IL 60473** | | J | | | | | 3,200.00 |
| Account No. 3643314981<br><br>**LaSalle Bank**<br>**8617 Innovation Way**<br>**Chicago, IL 60682-0086** | | J | | | | | 19,135.00 |

Sheet no. __5___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,935.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cornelius Graves, III,**
         **Mikki Nichol Graves**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | | | | | |
| **Latonya Burgs** **217 Waltham** **Calumet City, IL 60409** | J | | | | | | | | **2,600.00** |
| **Account No.** | | | | | | | | | |
| **LEM Construction** **6928 W. Hobart** **Chicago, IL 60631** | J | | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Lena Meyers** **13924 S. Saginaw** **Burnham, IL 60633** | J | | | | | | | | **2,000.00** |
| **Account No.** | | | | | | | | | |
| **Lenora Miller** **331 E. Calumet** **Harvey, IL 60426** | J | | | | | | | | **2,400.00** |
| **Account No.** | | | | | | | | | |
| **Lisa M. Jordan & Mr. Jordan** **10118 S. Perry** **Chicago, IL 60628** | J | | | | | | | | **2,400.00** |

Sheet no. __6___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornelius Graves, III,**
        **Mikki Nichol Graves**

Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Lisa Whitlock 6920 S. Crandon Ave. #906 Chicago, IL 60649 | J | | | | | | | 500.00 |
| Account No. **V00016447641** | | | | | | | | |
| Little of Company of Mary Hosp c/o Malcolm S. Gerald 332 S. Michigan Avenue, Ste. 600 Chicago, IL 60604 | J | | | | | | | 2,314.00 |
| Account No. | | | | | | | | |
| Lorryce Bell & Gregory Ruskin 15013 Loomis Harvey, IL 60426 | J | | | | | | | 2,400.00 |
| Account No. **4019-8114-3209-3426** | | | | | | | | |
| Macy's Visa Customer Service P.O. Box 8118 Mason, OH 45040 | J | | | | | | | 5,155.87 |
| Account No. | | | | | | | | |
| Maria Walton P.O. Box 2756 Harvey, IL 60426 | J | | | | | | | 2,400.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,769.87

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornelius Graves, III,**
     **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mary Willis**<br>**27 E. 137th Place**<br>**Riverdale, IL 60827** | | J | | | | | **2,400.00** |
| Account No.<br><br>**Methodist Youth Services**<br>**954 W. Washington Blvd.**<br>**4th Floor East**<br>**Chicago, IL 60607** | | J | | | | | **3,000.00** |
| Account No.<br><br>**Mid-City Heating & Alc Inc.**<br>**8156 S. Western Avenue**<br>**Chicago, IL 60620** | | J | | | | | **Unknown** |
| Account No.<br><br>**Minnie Jordan**<br>**14604 Des Plaines**<br>**Harvey, IL 60426** | | J | | | | | **2,400.00** |
| Account No.<br><br>**Nakia Jones**<br>**545 E. 149th Street**<br>**Harvey, IL 60426** | | J | | | | | **2,000.00** |

Sheet no. __8___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,800.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**
**Mikki Nichol Graves**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Nellie Bassbey & Vicki Roberts 7150 S. Damen Chicago, IL 60636 | | J | | | | | 800.00 |
| Account No.  Nelson & Sherese Dillard 10624 S. Edbrook Chicago, IL 60628 | | J | | | | | 1,400.00 |
| Account No. 64-90-95-5060  Nicor Gas* Attn: Bankruptcy Dept P.O. Box 549 Aurora, IL 60507 | | J | | | | | 384.07 |
| Account No.  OfficeMax c/o Scott & Goldman 590 W. Crossville Road, ste. 104 Roswell, GA 30075 | | J | | | | | 3,000.00 |
| Account No.  Oliver & Carolyn Bush 6540 S. Vernon Chicago, IL 60637 | | J | | | | | 1,600.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   7,184.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cornelius Graves, III,**    Case No. _____
**Mikki Nichol Graves**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Paulette Roberts** <br> **14418 Palmer** <br> **Posen, IL 60469** | | J | | | | | | 1,500.00 |
| Account No. **9-500-26374209** <br><br> **Peoples Gas** <br> **c/o Harris & Harris, Ltd.** <br> **600 W. Jackson Blvd., Ste. 400** <br> **Chicago, IL 60661** | | J | | | | | | 315.20 |
| Account No. **7-5000-50057277** <br><br> **Peoples Gas*** <br> **ATTN: Bankruptcy Dept.** <br> **130 E. Randolph Drive, 14th Floor** <br> **Chicago, IL 60601** | | J | | | | | | 555.73 |
| Account No. <br><br> **Quality Construction** <br> **4906 W. School Street** <br> **Chicago, IL 60641** | | J | | | | | | Unknown |
| Account No. <br><br> **Rayford C. & Latanya Starks** <br> **9209 S. Woodlawn** <br> **Chicago, IL 60619** | | J | | | | | | 2,000.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,370.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornelius Graves, III,**
        **Mikki Nichol Graves**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **16532** <br><br> **Refurbished Office Enviroments** <br> **905 S. Menard Avenue** <br> **Chicago, IL 60644** | | | J | | | | | | 2,900.00 |
| Account No. <br><br> **Renae T. Logan** <br> **14731 Turlington** <br> **Harvey, IL 60426** | | | J | | | | | | 2,600.00 |
| Account No. <br><br> **Robert R. Cain/Diane Y. Archer** <br> **11912 S. Harvard** <br> **Chicago, IL 60628** | | | J | | | | | | 3,000.00 |
| Account No. <br><br> **Ross Sharpe & Jossie Walls** <br> **1444 W. Marquette** <br> **Chicago, IL 60636** | | | J | | | | | | 1,700.00 |
| Account No. <br><br> **Sharon Pommier** <br> **14904 Morgan** <br> **Harvey, IL 60426** | | | J | | | | | | 2,800.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornelius Graves, III,**
        **Mikki Nichol Graves**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Sharonda L. Alexander <br>14731 Myrtle <br>Harvey, IL 60426 | | J | | | | | 2,400.00 |
| Account No. <br><br>Tabitha Johnson & Dan Culley <br>14928 Grant <br>Dolton, IL 60419 | | J | | | | | 2,800.00 |
| Account No. <br><br>Tamika Welton & David Edwards <br>15836 Vine <br>Harvey, IL 60426 | | J | | | | | 2,400.00 |
| Account No. <br><br>Temeca D. Harston & Janice Wilson <br>1307 W. 72nd St. <br>Chicago, IL 60636 | | J | | | | | 1,400.00 |
| Account No. <br><br>Tequila S. Criglear <br>27 E. 137th Place <br>Riverdale, IL 60827 | | J | | | | | 2,600.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,600.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cornelius Graves, III,**
    **Mikki Nichol Graves**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tsujiorka Walker & Erika Brown** <br> **213 Waltham** <br> **Calumet City, IL 60409** | | J | | | | | 2,600.00 |
| Account No. <br><br> **Venisa B. Sheperd** <br> **14924 Grant** <br> **Dolton, IL 60419** | | J | | | | | 2,800.00 |
| Account No. <br><br> **Vernell Holliday & Donaka Moore** <br> **15310 Lexington** <br> **Harvey, IL 60426** | | J | | | | | 1,200.00 |
| Account No. <br><br> **Village of Burnham** <br> **Water Dept.** <br> **14450 Manistee Avenue** <br> **Burnham, IL 60633-2081** | | J | Water Bills | | | | Unknown |
| Account No. <br><br> **Village of Calumet City** <br> **Water Dept.** <br> **2047 Pulaski Road** <br> **Calumet City, IL 60409** | | J | Water Bills | | | | Unknown |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal         **6,600.00**
                             (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**
       **Mikki Nichol Graves**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Water Bills | | | | |
| **Village of Calumet Park** **12409 S. Troop Street** **Calumet Park, IL 60827** | | J | | | | | Unknown |
| Account No. | | | Water Bills | | | | |
| **Village of Dolton** **14014 Park Avenue** **Dolton, IL 60419** | | J | | | | | Unknown |
| Account No. | | | Water Bills | | | | |
| **Village of Harvey** **15320 Broadway** **Harvey, IL 60426** | | J | | | | | Unknown |
| Account No. | | | Bld. Violation - 13828 Dearborn, Riverdale, IL | | | | |
| **Village of Riverdale** **Violation Dept.** **157 W. 144th Street** **Riverdale, IL 60827** | | J | | | | | 100.00 |
| Account No. | | | Blg Violation & Water Bill - 27 E. 137th Place, Rivadale, IL | | | | |
| **Village of Riverdale** **Violation Dept.** **157 W. 144th Street** **Riverdale, IL 60827** | | J | | | | | 8,000.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,100.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornelius Graves, III,**
    **Mikki Nichol Graves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Zaragoza Sunrise Construction Inc.** **11714 S. Calumet** **Chicago, IL 60628** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **164,923.48** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re   **Cornelius Graves, III,**
     **Mikki Nichol Graves**

Case No. _____

_____ ,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BMW Financial Services** **P.O. Box 9001065** **Louisville, KY 40290-1065** | **automobile lease** |
| **Dell Financial Services** **P.O. Box 81585** **Austin, TX 78708-1585** | **appliance lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Cornelius Graves, III,**
   **Mikki Nichol Graves**

Case No. _____

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

| | |
|---|---|
| In re | **Cornelius Graves, III**<br>**Mikki Nichol Graves** |

Debtor(s)                                         Case No.

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**11**<br>**15**<br>**16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **City of Chicago Fire Dept.** | |
| How long employed | **Lt. Fire Dept.** | |
| Address of Employer | | |

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 7,356.00 | $ | 1,666.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 7,356.00 | $ | 1,666.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 533.02 | $ | 0.00 |
| b. Insurance | $ | 252.72 | $ | 0.00 |
| c. Union dues | $ | 57.00 | $ | 0.00 |
| d. Other (Specify): **Pension** | $ | 671.24 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,513.98 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,842.02 | $ | 1,666.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 2,253.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 1,300.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,253.00 | $ | 1,300.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 8,095.02 | $ | 2,966.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 11,061.02 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Cornelius Graves, III**
**Mikki Nichol Graves**                                                    Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 9,943.00 |
|    a. Are real estate taxes included?  Yes **X**  No ___ | | |
|    b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 500.00 |
|             b. Water and sewer | $ | 30.00 |
|             c. Telephone | $ | 500.00 |
|             d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 150.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 900.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 3,217.00 |
|           b. Other | $ | 0.00 |
|           c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **16,540.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 11,061.02 |
| b.  Average monthly expenses from Line 18 above | $ | 16,540.00 |
| c.  Monthly net income (a. minus b.) | $ | -5,478.98 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Cornelius Graves, III**
**Mikki Nichol Graves**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **44** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   5/28/08                    Signature _____
                                   **Cornelius Graves, III**
                                   Debtor

Date   5/28/08                    Signature _____
                                   **Mikki Nichol Graves**
                                   Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Cornelius Graves, III__
__Mikki Nichol Graves__ _____    Case No. _____

                                                      Debtor(s)             Chapter    __7__ _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $29,210.00 | 2008 year to date income |
| $78,490.00 | 2007 income |
| $85,504.00 | 2006 income |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,000.00** | **2008 year to date business/rental income** |
| **$249,000.00** | **2007 business/rental income** |
| **$157,547.00** | **2006 business/rental income** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **07-M1-174911 Cheryl Lucas v. Graves** | **Civil Judgment** | **Circuit Court Cook County** | **Judgment Entered** |
| **Indy Mac v. Graves-08CH 14288** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Bank of New York v. Graves-08CH 004139** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Deutsche Bank Trust v. Graves-07CH 34459** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Shore Bank v. Graves-07CH 37900** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Shore Bank v. Graves-07CH 37901** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Shore Bank v. Graves-07CH 37897** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Indy Mac v. Graves-08CH 01922** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Indy Mac v. Graves-08CH 02039** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Countrywide v. Graves-08CH 005733** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Countrywide v. Graves-08CH 17261** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Chase Bank v. Graves-08CH 013718** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Countrywide v. Graves-08CH 13127** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Shore Bank v. Graves-07CH 39897** | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Melvin J. Kaplan & Associates P.C.** **55 E. Jackson Blvd.** **Suite 650** **Chicago, IL 60604** | | **$5,299.00** |

### 10. Other transfers

None
■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                  (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                  NATURE AND PERCENTAGE
                                                                  OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                              DATE OF WITHDRAWAL

8

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____5/28/08_____     Signature _____

**Cornelius Graves, III**
Debtor

Date _____5/28/08_____     Signature _____

**Mikki Nichol Graves**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cornelius Graves, III**
      **Mikki Nichol Graves**                         Case No.

                                              Debtor(s)        Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 33.) Single Family Home Located at 14731 Turlington, Harvey, IL 60426 | America's Servicing Co. | X | | | |
| 40.) 2 Flat - Property Located at 9209 S. Woodlawn, Chicago, IL 60619 | Chase Home Finance | X | | | |
| 29.) Single Family Home Located at 14731 Myrtle, Harvey, IL 60426 | Chase Home Finance | X | | | |
| 7.) Single Family Home Located at 545 E. 149th Street, Harvey, IL 60426 | Countrywide Home Loan | X | | | |
| 16.) Single Family Home Located at 6950 S. Eggleston, Chicago, IL 60621 | Countrywide Home Loans | X | | | |
| 21.) Single Family Home Located at 10507 S. Lafayette, Chicago, IL 60628 | Countrywide Home Loans | X | | | |
| 23.) Single Family Home Located at 15232 Lexington, Harvey, IL 60426 | Countrywide Home Loans | X | | | |
| 11.) 2 Flat - Property Located at 7150 S. Damen, Chicago, IL 60636 | Countrywide Home Loans | X | | | |
| 30.) Single Family Home Located at 15618 S. Myrtle, Harvey, IL 60426 | Countrywide Home Loans | X | | | |
| 34.) 2 Flat - Property Located at 6540 S. Vernon, Chicago, IL 60637 | Countrywide/Bank of New York | X | | | |
| Home Office Computer Equipment | Dell Financial Services | X | | | |
| Home Office Computer Equipment | Dell Financial Services | X | | | |
| 33.) Single Family Home Located at 14731 Turlington, Harvey, IL 60426 | EMC Mortgage Corp. | X | | | |
| appliances | GE Money Bank | X | | | |
| 24.) Single Family Home Located at 15310 Lexington, Harvey, IL 60426 | Indy Mac | X | | | |
| 13.) Single Family Home Located at 14604 Des Plaines, Harvey, IL 60426 | Indy Mac | X | | | |
| 13.) Single Family Home Located at 14604 Des Plaines, Harvey, IL 60426 | Indymac Bank | X | | | |
| 24.) Single Family Home Located at 15310 Lexington, Harvey, IL 60426 | Indymac Bank Home Loan Serv. | X | | | |

Form 8 Cont.
(10/05)

In re  **Cornelius Graves, III**
**Mikki Nichol Graves**
_____
Debtor(s)

Case No.  _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **25.) Single Family Home Located at 15013 Loomis, Harvey, IL 60426** | **Indymac Bank Home Loan Serv.** | X | | | |
| **25.) Single Family Home Located at 15013 Loomis, Harvey, IL 60426** | **Indymac Bank Home Loan Serv.** | X | | | |
| **26.) Single Family Home Located at 14743 Markham Drive, Harvey, IL 60426** | **Indymac Bank Home Loan Serv.** | X | | | |
| **26.) Single Family Home Located at 14743 Markham Drive, Harvey, IL 60426** | **Indymac Bank Home Loan Serv.** | X | | | |
| **36.) Single Family Home Located at 213 Waltham, Calumet City, IL 60409** | **Ocwen/Saxon** | X | | | |
| **5.) Single Family Home Located at 298 E. 148th Place, Harvey, IL 60426** | **Ocwen/Saxon Mortgage** | X | | | |
| **31.) Single Family Home Located at 10118 S. Perry, Chicago, IL 60628** | **Ocwen/Saxon Mortgage** | X | | | |
| **14.) 2 Flat - Property Located at 10624 S. Edbrook, Chicago, IL 60628** | **Saxon Mortgage** | X | | | |
| **22.) Single Family Home Located at 15106 Lexington, Harvey, IL 60426** | **Saxon Mortgage** | X | | | |
| **6.) Single Family Home Located at 57 E. 148th Street, Harvey, IL 60426** | **Saxon Mortgage** | X | | | |
| **10.) Single Family Home Located at 331 E. Calumet, Harvey, IL 60426** | **Shore Bank** | X | | | |
| **8.) Single Family Home Located at 503 E. 158th Street, South Holland, IL 60473** | **Shore Bank** | X | | | |
| **2.) Single Family Home Located at 1307 W. 72nd Street, Chicago, IL 60636** | **Shore Bank** | X | | | |
| **18.) Single Family Home Located at 14928 Grant, Dolton, IL 60419** | **Shore Bank** | X | | | |
| **12.) Single Family Home Located at 13828 Dearborn, Riverdale, IL 60827** | **Shore Bank** | X | | | |
| **17.) Single Family Home Located at 14924 Grant, Dolton, IL 60419** | **Shore Bank** | X | | | |
| **9.) Single Family Home Located at 14923 Ashland Avenue, Harvey, IL 60426** | **Shore Bank** | X | | | |
| **39.) Single Family Home Located at 8148 S. Winchester, Chicago, IL 60620** | **Shore Bank** | X | | | |
| **37.) Single Family Home Located at 217 Waltham, Calumet City, IL 60409** | **Shore Bank** | X | | | |
| **32.) Single Family Home Located at 13924 S. Saginaw, Burnham, IL 60633** | **Shore Bank** | X | | | |

Form 8 Cont.
(10/05)

In re  **Cornelius Graves, III**
**Mikki Nichol Graves**
_____
Debtor(s)

Case No.  _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 20.) Single Family Home Located at 14819 Irving, Dolton, IL 60419 | Shore Bank | X | | | |
| 28.) Single Family Home Located at 14904 Morgan, Harvey, IL 60426 | Shore Bank | X | | | |
| 4.) Single Family Home Located at 27 E. 137th Place, Riverdale, IL 60827 | Shore Bank | X | | | |
| 15.) 2 Flat - Property Located at 10640 S. Edbrook, Chicago, IL 60628 | Shore Bank | X | | | |
| 35.) Single Family Home Located at 15836 Vine, Harvey, IL 60426 | Shore Bank | X | | | |
| 27.) 2 Flat - Property Located at 1444 W. Marquette, Chicago, IL 60636 | Shore Bank | X | | | |
| 38.) Single Family Home Located at 15300 Western, Harvey, IL 60426 | Shore Bank | X | | | |
| 19.) Single Family Home Located at 11912 Harvard, Chicago, IL 60628 | Shore Bank | X | | | |
| 2007 BMW 750Li | BMW Financial Services | | | | X |
| 2006 Land Range Rover | Chase Auto Finance | | | | X |
| 1.) Single Family Home Located at 10612 S. Wood, Chicago, IL 60643 | Deutsche Bank Trust | | • | | X |
| 3.) 2 Unit Commercial Bldg. - Property Located at 1129 W. 127th Street, Calumet Park, IL 60827 | Shore Bank | | | | X |
| 1.) Single Family Home Located at 10612 S. Wood, Chicago, IL 60643 | Shore Bank | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(b)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  5/28/08        Signature  _Cornelius Graves_
                            **Cornelius Graves, III**
                            Debtor

Date  5/28/08        Signature  _Mikki Graves_
                            **Mikki Nichol Graves**
                            Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cornelius Graves, III**
        **Mikki Nichol Graves** _____

                                Debtor(s)

Case No. _____

Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................... $       **5,000.00**

   Prior to the filing of this statement I have received.............................. $       **5,000.00**

   Balance Due................................................................................................ $       **0.00**

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors for reaffirmations; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Redemptions under 11 U.S.C. 722, representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, any adversary proceeding, amendments and enforcement of stay violations.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____ 5/28/08 _____

_____
**Melvin J. Kaplan, Bennett A. Kahn, Rae Kaplan**
**Melvin J. Kaplan & Associates P.C.**
**55 E. Jackson Blvd.**
**Suite 650**
**Chicago, IL 60604**
**(312)294-8989  Fax: (312)294-8995**
**www.financialrelief.com**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B 201 (04/09/06)

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Melvin J. Kaplan, Bennett A. Kahn, Rae Kaplan | X _____ | 5/28/08 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
55 E. Jackson Blvd.
Suite 650
Chicago, IL 60604
(312)294-8989

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Cornelius Graves, III | X _____ | 5/28/08 |
|---|---|---|
| Mikki Nichol Graves | | |
| Printed Name of Debtor | Signature of Debtor | Date |

Case No. (if known) _____

X _____    5/28/08
Signature of Joint Debtor (if any)    Date

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cornelius Graves, III**
     **Mikki Nichol Graves** _____    Case No. _____

                                       Debtor(s)    Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **142**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____ 5/28/08 _____      _____
                                            **Cornelius Graves, III**
                                            Signature of Debtor

Date: _____ 5/28/08 _____      _____
                                            **Mikki Nichol Graves**
                                            Signature of Debtor

Abigail Bullock & Michael Washingto
10507 S. Lafayette
Chicago, IL 60628


ADT Security Services, Inc.
P.O. Box 96175
Las Vegas, NV 89193


America's Servicing Co.
P.O. Box 1820
Newark, NJ 07101-1820


Arrow Financial Services
c/o Alliance One
4850 Street Rd., Ste. 300
Feasterville Trevose, PA 19053


Aubrey & Lillie Jones Landingham
15106 Lexington
Harvey, IL 60426


Barbara Comer
14819 Irving
Dolton, IL 60419


Blanchie Cox
57 E. 148th Street
Harvey, IL 60426


BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-9815


BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065


Calvin Willory & Jestina Graham
1444 W. Marquette
Chicago, IL 60636


Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Auto Finance
P.O. Box 9001083
Louisville, KY 40290-1083

Chase Home Finance
P.O. Box 78116
Phoenix, AZ 85062-8116

Chase Home Finance
P.O. Box 78116
Phoenix, AZ 85062-8116

Cheryl Lucas
7343 S. Ridgeland Avenue, Apt. 2B
Chicago, IL 60649

Cheryl Lucas
7343 S. Ridgeland, Apt. 2B
Chicago, IL 60649

City of Chicago
Dept. of Buildings
121 N. LaSalle
Chicago, IL 60602

City of Chicago Dept. of Building
120 N. Racine Avenue
Chicago, IL 60607

City of Chicago Dept. of Building
120 N. Racine Avenue
Chicago, IL 60607

City of Chicago Dept. of Building
120 N. Racine Avenue
Chicago, IL 60607

City of Chicago Dept. of Water
333 S. State, Suite L10
Chicago, IL 60604

Claire & Hilda McNeal
7150 S. Damen
Chicago, IL 60636


Codilis & Associates
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527


Codilis & Associates
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527


Codilis & Associates
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527


Codilis & Associates
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527


Cook County Treasurer's Office
Attn: Legal Dept.
118 N. Clark Street, Room 112
Chicago, IL 60602


Cook County Treasurer's Office
Attn: Legal Dept.
118 N. Clark Street, Room 112
Chicago, IL 60602


Cook County Treasurer's Office
Attn: Legal Dept.
118 N. Clark Street, Room 112
Chicago, IL 60602


Countrywide Home Loan
P.O. Box 650070
Dallas, TX 75265-0070


Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0770

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265

Countrywide/Bank of New York
c/o Fisher & Shapiro
4201 Lake Cook Rd.
Northbrook, IL 60062-1060

Dell Financial Services
P.O. Box 81585
Austin, TX 78708-1585

Dell Financial Services
P.O. Box 81585
Austin, TX 78708-1585

Dell Financial Services
P.O. Box 81585
Austin, TX 78708-1585

Denise Smith
6950 S. Eggleston
Chicago, IL 60621

Derrick & Latasha Saalik
1307 W. 72nd Street
Chicago, IL 60636

Deutsche Bank Trust
c/o Freedman, Anselmo, et al
1807 W. Diehl Rd., Ste. 333
Naperville, IL 60563-8661

Dominique Jones
6540 S. Vernon
Chicago, IL 60637


Edward Watkins
1129 W. 127th Street
Calumet Park, IL 60827


EMC Mortgage Corp.
Customer Service Dept.
P.O. Box 141358
Irving, TX 75014-1358


Fatima Hope Taylor
8148 S. Winchester
Chicago, IL 60620


Fisher & Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062


Fisher & Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank
c/o Arrow Financial Services
21031 Network Place
Chicago, IL 60678-1031


George Johnson
15618 S. Myrtle
Harvey, IL 60426


H. Turner & Company
1043 E. 95th St.
Chicago, IL 60619

Homelink Corp.
2500 W. Higgins Rd.
Ste. 630
Hoffman Estates, IL 60169


Howard Brookins
100 N. LaSalle
Ste. 1710
Chicago, IL 60602


Howard Brookins
100 N. LaSalle
Ste. 1710
Chicago, IL 60602


Indy Mac
c/o Law Offices of Ira Nevel
175 N. Franklin, Ste. 201
Chicago, IL 60606


Indy Mac
c/o Law Offices of Ira Nevel
175 N. Franklin, Ste. 201
Chicago, IL 60606


Indymac Bank
P.O. Box 78826
Phoenix, AZ 85062-8826


Indymac Bank Home Loan Serv.
P.O. Box 78826
Phoenix, AZ 85062-8826


Indymac Bank Home Loan Serv.
P.O. Box 78826
Phoenix, AZ 85062-8826


Indymac Bank Home Loan Serv.
P.O. Box 78826
Phoenix, AZ 85062-8826


Indymac Bank Home Loan Serv.
c/o Codilis & Assoc.
15W030 N. Frontage, Ste. 100
Willowbrook, IL 60527

Indymac Bank Home Loan Serv.
P.O. Box 78826
Phoenix, AZ 85062-8826


Jerry & Irvina Harvey
14743 Markham Drive
Harvey, IL 60426


JSR Heating & Cooling D/B/A Aire Se
16150 S. Cicero, #11
60452
Oak Forest, IL 60452


LaDonna Thomas
15232 Lexington
Harvey, IL 60426


Lamond Richardson
503 E. 158th Street
South Holland, IL 60473


LaSalle Bank
8617 Innovation Way
Chicago, IL 60682-0086


Latonya Burgs
217 Waltham
Calumet City, IL 60409


LEM Construction
6928 W. Hobart
Chicago, IL 60631


Lena Meyers
13924 S. Saginaw
Burnham, IL 60633


Lenora Miller
331 E. Calumet
Harvey, IL 60426


Lisa M. Jordan & Mr. Jordan
10118 S. Perry
Chicago, IL 60628

Lisa Whitlock
6920 S. Crandon Ave.
#906
Chicago, IL 60649


Little of Company of Mary Hosp
c/o Malcolm S. Gerald
332 S. Michigan Avenue, Ste. 600
Chicago, IL 60604


Lorryce Bell & Gregory Ruskin
15013 Loomis
Harvey, IL 60426


Macy's Visa
Customer Service
P.O. Box 8118
Mason, OH 45040


Maria Walton
P.O. Box 2756
Harvey, IL 60426


Mary Willis
27 E. 137th Place
Riverdale, IL 60827


Methodist Youth Services
954 W. Washington Blvd.
4th Floor East
Chicago, IL 60607


Mid-City Heating & Alc Inc.
8156 S. Western Avenue
Chicago, IL 60620


Minnie Jordan
14604 Des Plaines
Harvey, IL 60426


Nakia Jones
545 E. 149th Street
Harvey, IL 60426

Nellie Bassbey & Vicki Roberts
7150 S. Damen
Chicago, IL 60636

Nelson & Sherese Dillard
10624 S. Edbrook
Chicago, IL 60628

Nicor Gas*
Attn: Bankruptcy Dept
P.O. Box 549
Aurora, IL 60507

Ocwen/Saxon
P.O. Box 96115
Fort Worth, TX 76161-0105

Ocwen/Saxon Mortgage
P.O. Box 96115
Fort Worth, TX 76161-0105

Ocwen/Saxon Mortgage
P.O. Box 96115
Fort Worth, TX 76161-0105

OfficeMax
c/o Scott & Goldman
590 W. Crossville Road, ste. 104
Roswell, GA 30075

Oliver & Carolyn Bush
6540 S. Vernon
Chicago, IL 60637

Paulette Roberts
14418 Palmer
Posen, IL 60469

Peoples Gas
c/o Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661

Peoples Gas*
ATTN: Bankruptcy Dept.
130 E. Randolph Drive, 14th Floor
Chicago, IL 60601


Pierce & Assoc.
One N. Dearborn
Ste. 1300
Chicago, IL 60602


Quality Construction
4906 W. School Street
Chicago, IL 60641


Rayford C. & Latanya Starks
9209 S. Woodlawn
Chicago, IL 60619


Refurbished Office Enviroments
905 S. Menard Avenue
Chicago, IL 60644


Renae T. Logan
14731 Turlington
Harvey, IL 60426


Robert R. Cain/Diane Y. Archer
11912 S. Harvard
Chicago, IL 60628


Ross Sharpe & Jossie Walls
1444 W. Marquette
Chicago, IL 60636


Saxon Mortgage
P.O. Box 96115
Fort Worth, TX 76161-0105


Saxon Mortgage
P.O. Box 96115
Fort Worth, TX 76161-0105


Saxon Mortgage
P.O. Box 96115
Fort Worth, TX 76161-0106

Sharon Pommier
14904 Morgan
Harvey, IL 60426


Sharonda L. Alexander
14731 Myrtle
Harvey, IL 60426


Shore Bank
3401 S. King Drive
Chicago, IL 60616


Shore Bank
c/o Patience R. Clark
100 N. LaSalle, Ste. 1710
Chicago, IL 60602


Shore Bank
3401 S. King Drive
Chicago, IL 60616


Shore Bank
c/o Patience R. Clark
100 N. LaSalle, Ste. 1710
Chicago, IL 60602


Shore Bank
3401 S. King Drive
Chicago, IL 60616


Shore Bank
3401 S. King Drive
Chicago, IL 60616


Shore Bank
3401 S. King Drive
Chicago, IL 60616


Shore Bank
3401 S. King Drive
Chicago, IL 60616


Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
c/o Patience R. Clark
100 N. LaSalle, Ste. 1710
Chicago, IL 60602

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
c/o Patience R. Clark
100 N. LaSalle, Ste. 1710
Chicago, IL 60602

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
c/o Patience R. Clark
100 N. LaSalle, Ste. 1710
Chicago, IL 60602

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
3401 S. King Drive
Chicago, IL 60616

Shore Bank
3401 King Dr.
Chicago, IL 60649


Tabitha Johnson & Dan Culley
14928 Grant
Dolton, IL 60419


Tamika Welton & David Edwards
15836 Vine
Harvey, IL 60426


Temeca D. Harston & Janice Wilson
1307 W. 72nd St.
Chicago, IL 60636


Tequila S. Criglear
27 E. 137th Place
Riverdale, IL 60827


Tsujiorka Walker & Erika Brown
213 Waltham
Calumet City, IL 60409


Venisa B. Sheperd
14924 Grant
Dolton, IL 60419


Vernell Holliday & Donaka Moore
15310 Lexington
Harvey, IL 60426


Village of Burnham
Water Dept.
14450 Manistee Avenue
Burnham, IL 60633-2081


Village of Calumet City
Water Dept.
2047 Pulaski Road
Calumet City, IL 60409


Village of Calumet Park
12409 S. Troop Street
Calumet Park, IL 60827

Village of Dolton
14014 Park Avenue
Dolton, IL 60419


Village of Harvey
15320 Broadway
Harvey, IL 60426


Village of Riverdale
Violation Dept.
157 W. 144th Street
Riverdale, IL 60827


Village of Riverdale
Violation Dept.
157 W. 144th Street
Riverdale, IL 60827


Zaragoza Sunrise Construction Inc.
11714 S. Calumet
Chicago, IL 60628